(No. 4145)

HANNAH GREENWALD, Claimant, vs. STATE OF ILLINOIS,
Respondent.

*Opinion filed September 23, 1949.*

HENRY J. SAMUEL, Attorney for Claimant.

IVAN A. ELLIOTT, Attorney General; WILLIAM J.
COLOHAN, Assistant Attorney General, for Respondent.

DELANEY, J.

Claimant, Hannah Greenwald, was employed on
April 26, 1948, in the capacity of a claim taker by re-
spondent in the Department of Labor, Division of Un-
employment Compensation. On that day, claimant
slipped on a waxed floor at her place of employment in
Chicago; claimant sustained a sprained right wrist and
injury to her knee.

The record consists of the complaint, departmental
report, stipulation, waiver of brief of claimant, and
waiver of brief of respondent.

No jurisdictional question is raised. Respondent and
claimant were operating under the Workmen's Compen-
sation Act and the accident in question arose out of and
in the course of the employment.

Claimant paid the South Chicago Community Hos-
pital $5.00 for X-rays, $160.00 to Dr. Jacob Samuel for
professional services, and $3.50 for medicines. She was
temporarily and totally disabled from April 26, 1948, to
June 7, 1948. The respondent has not reimbursed her for
her medical expenses nor has it paid any compensation
for the temporary period of her total disability.

Records show that claimant's salary was $160.00 per month. She was 53 years of age and had no children under 16 years.

We conclude, therefore, that the claimant is entitled to an award for her medical and doctor bills in the amount of $168.50, and also an award of $117.00 for 6 weeks temporary total disability. The injury having occurred after July 1, 1947, this must be increased 30% making her compensation rate the maximum of $19.50 per week, all of which has accrued, payable forthwith.

The testimony on the hearing before Commissioner Blumenthal was taken by A. M. Rothbart, who has submitted a statement for $11.10 for his services. This charge is reasonable and proper.

An award is made in favor of A. M. Rothbart for stenographic and reporting services in the amount of $11.10, which is payable forthwith.

This award is subject to the approval of the Governor, as provided in Section 3 of "An Act concerning the payment of awards to State employees."